THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OTTO CART, Appellant.— Judgment of conviction and order of the County Court of Nassau county affirmed. No opinion. Young, Kapper, Scudder and Tompkins, JJ., concur; Lazansky, P. J., dissents upon the ground that since it is conceded that defendant was convicted on his plea of guilty of burglary in the third degree as a first offense, he could not, under section 1943 of the Penal Law, ▌ be sentenced as a second offender, where, in the case of his first conviction, sentence was suspended. (*People ex rel. Marcley* v. *Lawes*, 254 N. Y. 249.)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ULIANO SALVATORI, Appellant.†— Judgment of conviction affirmed. No opinion. Lazansky, P. J., Young, Kapper and Davis, JJ., concur; Scudder, J., dissents.

MLLE. REIF, INC., Appellant, v. RUTH MCHUGH, Respondent.— Order denying plaintiff's motion for an injunction *pendente lite* affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Hagarty, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

MORRIS ROSENBERG, Appellant, v. STRATSON REALTY Co., INC., Respondent, and BENJAMIN GOLDBERG, Defendant.— Order granting respondent's motion for judgment on the pleadings reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. While the respondent's answer alleges the making of a final award of compensation to appellant, there is no allegation of the payment thereof, whereas appellant's reply alleges the rescission of said award. In these circumstances it is our opinion that appellant is not to be regarded as having made an election that is a bar to this action against respondent. Lazansky, P. J., Kapper, Scudder and Tompkins, JJ., concur; Davis, J., concurs in result, believing that the complaint is defective and should be amended to state with certainty the plaintiff's cause of action.

MAX SCHWARTZ, Appellant, v. JACOB BOSHNACK and Others, Individually and as Copartners, Doing Business under the Firm Name and Style of BROOKLYN OVERALL Co., Respondents.— Order dismissing complaint reversed upon the law and the facts, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, with leave to defendants to answer within ten days from service of a copy of the order herein. We are of opinion that the complaint states a cause of action for malicious prosecution. Lazansky, P. J., Kapper, Tompkins and Davis, JJ., concur; Scudder, J., not voting.

STANDARD OIL COMPANY OF NEW YORK, Respondent, v. EMANUEL JACKSON and WILLIAM J. MURRAY, Appellants.— Order granting summary judgment reversed upon the law, with ten dollars costs and disbursements, and motion denied, with ten dollars costs. The record presents facts which require a trial. Lazansky, P. J., Kapper, Scudder and Davis, JJ., concur; Young, J., dissents.

MARIA STUART, Respondent, v. FREDERICK J. BITTNER, JR., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ.

† Affd., 258 N. Y. 602.